BANNING ET AL., APPELLEES, *v.* LAKE COUNTY ET AL.; BASTER, APPELLANT.

[Cite as *Banning v. Lake Cty.* (2001), 91 Ohio St.3d 206.]

(No. 00–1183—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v.
Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Hilary S. Taylor* and *Gary A. Vick, Jr.,* for appellant.